**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARCIAL ZEPEDA-GONZALEZ,<br><br>                      Plaintiff,<br><br>    v.<br><br>PERRY RUSSELL, *et al.*,<br><br>                      Defendants. | Case No. 3:21-CV-0251-MMD-CLB<br><br>**ORDER TO CHANGE ADDRESS,** |

      On July 6, 2022, the Court's order setting case management conference was returned from Southern Desert Correctional Center with a note that states, "Not @ SDCC." (ECF No. 21.) Pursuant to Local Rule IA 3-1, plaintiff must immediately file with the court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Plaintiff shall have until **Thursday, August 11, 2022** to file a notice of change of address or this court will recommend that this action be dismissed.

      The Clerk shall **SEND** this order and a copy of the Court's order ECF No. 20 to Plaintiff at Lovelock Correctional Center.

**IT IS SO ORDERED.**

**DATED**: July 11, 2022.

**UNITED STATES MAGISTRATE JUDGE**