UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCIAL ZEPEDA,<br><br>       Plaintiff,<br><br>  v.<br><br>PERRY RUSSELL, *et al.*,<br><br>       Defendants. | Case No. 3:21-CV-00251-MMD-CLB<br><br>**ORDER TO CHANGE ADDRESS** |

On February 22, 2023, Defendants filed a motion for summary judgment and related documents in this case. (ECF Nos. 29, 30, 31, 32.) The following day, the Court issued an order advising Plaintiff Marcial Zepeda of his obligations to file an opposition or otherwise respond to the motion for summary judgment within 21 days. (ECF No. 33.) Lovelock Correctional Center returned the above filings addressed to Plaintiff with a handwritten notes stating, "RTS inmate is PAR." (ECF No. 34.) The Court is aware that "PAR" is a reference to the fact that Plaintiff has been paroled. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Plaintiff shall have until **Monday, March 27, 2023** to file a notice of change of address or this Court will recommend that this action be dismissed.

The case is hereby **STAYED** in its entirety until Plaintiff files a notice of change of address.

**IT IS SO ORDERED.**

DATED: <u>February 24, 2023</u>

                _____
                **UNITED STATES MAGISTRATE JUDGE**